UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

PASS & SEYMOUR, INC.,

                                     Plaintiff,        STIPULATION
                                                          OF DISMISSAL

                -vs-

                                                                     Civil Action No.
HUBBELL INCORPORATED,                                  5:07-cv-00017

                                     Defendant.
-----------------------------------------------------------------

        Pass & Seymour, Inc. and Hubbell Incorporated, being parties to this action, stipulate in accordance with Rule 41 of the Federal Rules of Civil Procedure that this action shall be dismissed with prejudice and with each party bearing its own attorneys' fees and costs.

DATED:       June 20, 2011

s/ George R. McGuire                           s/ Edward G. Melvin
George R. McGuire (Bar Roll No. 509058)     Edward G. Melvin (Bar Roll No. 509037)
BOND, SCHOENECK & KING, PLLC              COSTELLO, COONEY & FEARON, PLLC
One Lincoln Center                                    500 Plum Street, Suite 300
Syracuse, New York 13202                       Syracuse, New York, 13204
Tel: (315) 218-8000                                        Tel: (315) 422-1152
Fax: (315) 218-8100                                       Fax: (315) 422-1139

**ATTORNEYS FOR PLAINTIFF**                    Alfred Goodman
                                                               Mark S. Bicks
                                                               ROYLANCE, ABRAMS, BERDO
**IT IS SO ORDERED.**                                                                                                                                                                                                                                                                              & GOODMAN, L.L.P.
                                                                                                                                                                                                                                                                             1300 19th Street, N.W., Suite 600
                                                                                                                                                                                                                                                                             Washington, DC 20036-1649
                                                                                                                                                                                                                                                                             Tel: (202) 659-9076
                                                                                                                                                                                                                                                                              Fax: (202) 659-9344

*[signature]*
Norman A. Mordue
Chief Judge

Dated: *June 20, 2011*

                                                                                              **ATTORNEYS FOR DEFENDANT**
                                                                                                                          **HUBBELL INCORPORATED**

[FILED stamp: U.S. DISTRICT COURT - N.D. OF N.Y. — JUN 20 2011 — AT ___ O'CLOCK ___ — Lawrence K. Baerman, Clerk - Syracuse]